Motion GRANTED.
Extension to 8/7/2017.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | NO. 3:16-cr-00062 |
| **v.** ) | |
| ) | JUDGE TRAUGER |
| **ROBERTO NARANJO** ) | |

## MOTION FOR EXTENSION OF TIME TO FILE
## DEFENDANT'S POSITION ON SENTENCING

Defendant Roberto Naranjo, through undersigned counsel, respectfully moves this Honorable Court for an order extending his time for filing defendant's position with respect to sentencing factors from Friday, August 4, 2017 to Monday, August 7, 2017. In support, defendant would show:

1. Defendant is indigent and undersigned counsel was appointed to represent him. On March 21, 2017 defendant pled guilty to the Information, pursuant to an agreement with the Government. (Docket Nos. 35, 36). Defendant's sentencing hearing is currently scheduled on August 11, 2017 at 1:00 p.m. (Docket No. 39).

2. The parties received the Presentencing Investigative Report and several issues/objections were addressed with the United States Probation Office. Counsel was advised of U.S.P.O.s thoughts on revision, but has not received the Revised Presentence Investigative Report. Defendant's position filing is drafted, but additional time is necessary to allow receipt and review of the revised report and to finalize appropriate position filings.